**Order filed October 25, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00453-CV
_____

### HELEN M. COLLINS, Appellant

### V.

### BAYVIEW LOAN SERVICING, LLC, Appellee

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2010-77849

## ORDER

Appellant's brief was due **September 26, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 26, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM